# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,            Civil No. 07-06 (JRT/JSM)

      Plaintiff,

v.                                                     **ORDER**

CHAPPEL BROWN,

      Defendant.

---

      Tricia Tingle, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for plaintiff.

      Caroline Durham, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, Minnesota 55415, for defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated March 20, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

      Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

      1.      Defendant's Motion to Suppress Evidence [Docket No. 15] is DENIED.

      2.      Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 16] is DENIED.

3. Defendant's Motion to Suppress Statements, Admissions and Answers [Docket No. 17] is DENIED.

DATED: April 17, 2007                      s/John R. Tunheim
at Minneapolis, Minnesota.             JOHN R. TUNHEIM
                                                      United States District Judge